UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAWN EAGLE FEATHER FLOYD,<br><br>Defendant. | 3:20-CR-30082-RAL<br><br><br>ORDER FIXING HEARING<br>ON MOTION |

Defendant, Dawn Eagle Feather Floyd, has filed a motion for recusal, Docket No. 148.  After consultation with counsel, it is hereby

ORDERED that the Motion shall be heard in the Fourth Floor Courtroom of the United States Courthouse, Pierre, South Dakota on Wednesday, May 3, 2023, at 3:30 p.m. CST, or as soon thereafter as the matter may be heard.   It is further

ORDERED that counsel shall confer, before the scheduled hearing, and provide to the Court by 12:00 p.m. on Friday, April 28, 2023 any recordings (as well as a written transcript made of each of them) counsel intend to introduce as a hearing exhibit.  It is further

ORDERED that counsel shall likewise confer, before the time set for hearing, and attempt to stipulate to the admission of exhibits intended to be offered at the hearing.

DATED this 26th day of April, 2023.

                BY THE COURT:

                */s/ Mark A. Moreno*

                MARK A. MORENO
                UNITED STATES MAGISTRATE JUDGE